**UNITED STATES BANKRUPTCY COURT**
**For The District of Colorado**

| | | |
|---|---|---|
| In re: | ) | Case No. **10-41139** |
| Elizabeth and Luat Tran | ) | |
| SSN xxx-xx-7470 | ) | Chapter 13 |
| SSN xxx-xx-0972 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**NOTICE OF CHANGE OF ADDRESS/ENTRY OF APPEARANCE**

Please Check one box below that applies to you:

| | | | |
|---|---|---|---|
| X | Debtor(s) | | Attorney for Debtor(s) |
| | Creditor(s) | | Attorney for Creditor(s) |
| | Entry of Appearance by Attorney | | |

**Michael Suchoparek, Attorney for Debtor(s)**
(Enter Your Name and, if applicable, the Name of the Creditor or Business You Represent)

**Luat and Elizabeth Tran, Debtor(s)**
(Print or Type the Name of the Person or Business whose Address is Being Changed or Entered)

**5537 Atchison Street**
(New Street, Rural Route, or Post Office Box)

**Denver, CO 80239**
(New City, State, and Zip Code)

**N/A**
(New Telephone Number)

Dated: February 10, 2016

                                                    **/s/ Michael V. Suchoparek**
Michael Suchoparek, Reg. No. 37055
517 E. 16th Avenue
Denver, CO 80203
Tel: (303) 296-3230
Fax: (303) 395-1535
Email: M.Suchoparek@wesucho.com